**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DAVID POSCHMANN,

    Plaintiff,

v.

BASIL CASTROVINCI ASSOCIATES
OF FLORIDA, LLC,

    Defendant.
_____/

CASE NO. 20-cv-00595

## NOTICE OF RESOLUTION

Defendant, pursuant to Local Rule 3.08, notifies the Court that the parties have resolved this case and will promptly file a stipulation of dismissal with prejudice.

**Dated:** September 23, 2020

    */s/ Kevin D. Zwetsch*
    **KEVIN D. ZWETSCH**
    Florida Bar No. 0962260
    Email: kzwetsch@czeblaw.com
    Secondary Email: lcaulder@czeblaw.com
    CANTRELL ZWETSCH, P.A.
    401 East Jackson Street, Suite 2340
    Tampa, Florida 33602
    Telephone: 813.867.0115
    Facsimile: 813.867.0116
    Attorney for Defendant

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 23, 2020, I filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to counsel of record.

    */s/ Kevin D. Zwetsch*
Attorney