UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID POSCHMANN,

    Plaintiff,

v.                                    CASE NO. 2:20-cv-00595-JLB-MRM

BASIL CASTROVINCI ASSOCIATES
OF FLORIDA, LLC,

    Defendant.
_____

## ORDER

    The Defendant announces a settlement. (Doc. 11.) Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days to (1) submit a stipulated form of final order or judgment, or (2) move to vacate the dismissal for good cause. The clerk is directed to close the case.

    ORDERED in Fort Myers, Florida, on September 24, 2020.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE