# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

DAVID POSCHMANN,

    Plaintiff,

v.

BASIL CASTROVINCI ASSOCIATES
OF FLORIDA, LLC,

    Defendant.

_____/

CASE NO. 20-cv-00595

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant stipulate and agree to dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated:  September 30, 2020

*/s/ Kevin D. Zwetsch*
**KEVIN D. ZWETSCH**
Florida Bar No. 0962260
Email: kzwetsch@czeblaw.com
Secondary Email: lcaulder@czeblaw.com
CANTRELL ZWETSCH, P.A.
401 East Jackson Street, Suite 2340
Tampa, Florida 33602
Telephone: 813.867.0115
Facsimile: 813.867.0116
Attorney for Defendant

**DREW M. LEVITT**
Florida Bar No. 0782246
Email: drewmlevitt@gmail.com
LEE D. SARKIN
Florida Bar No. 962848
Email: lsarkin@aol.com
4700 NW Boca Raton Blvd. Suite 302
Boca Raton, FL 33431
Telephone: (561) 944-6922
Facsimile: (561) 994-0837
Attorneys for Plaintiff

2

**<u>CERTIFICATE OF SERVICE</u>**

     I HEREBY CERTIFY that on September 30, 2020, I filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to counsel of record.

                                        <u>*/s/ Kevin D. Zwetsch*</u>
                                        Attorney