UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID POSCHMANN,

    Plaintiff,

v.                            CASE NO. 2:20-cv-00595-JLB-MRM

BASIL CASTROVINCI ASSOCIATES
OF FLORIDA, LLC,

    Defendant.
_____

## ORDER

    The parties have filed a Joint Stipulation For Dismissal With Prejudice (Doc. 13.) The Stipulation is self-executing. See Fed. R. Civ. P. 41(a)(1)(A)(ii); Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012). Pursuant to the parties' joint stipulation, Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE,** with each party to bear their own attorneys' fees and costs. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

    ORDERED in Fort Myers, Florida, on October 2, 2020.

*[signature]*

**JOHN L. BADALAMENTI**
**UNITED STATES DISTRICT JUDGE**